**FILED**
May 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:22-CR-01183-AM** |
| v. | § § | **INDICTMENT** |
| DANIEL MARTIN MARTINEZ-MORALES | § § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 26, 2022, in the Western District of Texas, Defendant,

DANIEL MARTIN MARTINEZ-MORALES,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about March 25, 2022, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
JESSE M. ESHKOL
Assistant United States Attorney